DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 404P15 | Prince Jerry Jones v. Harnett County District Court Jacqualyn L. Lee | Plt's *Pro Se* Petition for *Writ of Mandamus* | Denied |
|---|---|---|---|
| 405P15 | State v. Jesus Adan Cruz Rios | Def's *Pro Se* Motion for PDR (COA07-1232) | Denied<br><br>**Jackson, J., recused** |
| 406P15 | State v. David Sellers | Def's *Pro Se* Motion for PDR (COA15-10) | Denied |
| 408P15 | State v. Marty Allan Lewis | Def's PDR Under N.C.G.S. § 7A-31 (COA15-408) | Denied |
| 410P15 | Joleando Lyndell Jones v. Harnett County District Court Jacqualyn L. Lee | Plt's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 411A94-5 | State v. Marcus Reymond Robinson (DEATH) | 1. Def's Motion for Temporary Stay of the Mandate<br><br>2. Def's Motion for Clarification<br><br>3. Def's Motion for Leave to File Reply to Response to Motion for Clarification | 1. Denied **01/07/2016**<br><br>2. Denied **01/07/2016**<br><br>3. Allowed **01/07/2016**<br><br>**Ervin, J., recused** |
| 411P15 | State v. John W. Hearne | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Vance County | Dismissed |
| 413P15 | Christopher W. Abells v. Tiffany J. Martin (formerly Abells) | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-88)<br><br>2. Def's Conditional Petition for *Writ of Certiorari* to Review Decision of COA | 1. Denied<br><br>2. Denied |
| 416P15 | State v. Nijel Ramsey Lee | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP14-357)<br><br>2. Def's *Pro Se* Petition in the Alternative for *Writ of Habeas Corpus* | 1. Dismissed<br><br>2. Denied **12/15/2015** |
| 417P15 | State v. Dustin Jamal Warren | Def's PDR Under N.C.G.S. § 7A-31 (COA15-499) | Denied |